Gibson S. Wright
Direct Dial: 804.344.6314
Facsimile: 804.775.3800
E-Mail: gwright@lawmh.com



July 25, 2024

<u>Via ECF</u>
Hon. Fernando Galindo
Clerk of Court
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

   Re: <u>Dunn Regulatory Associates, LLC v. Psycheceutical, Inc.</u>
     Case No. 1:24cv437

Dear Mr. Galindo:

  On behalf of Plaintiff Dunn Regulatory Associates, LLC, please accept this letter as notice of a request in the above-referenced matter for a Writ of Execution against Defendant and a Writ of Garnishment.

  The Garnishment Summons will be directed to **PNC Bank, NA as Garnishee,** address 10649 Main St., Fairfax, VA 22030, and **Psycheceutical, Inc. as Judgment Debtor**, address 515 E. Las Olas Blvd., Suite 120, Fort Lauderdale, FL 33301. My client **Dunn Regulatory Associates, LLC is Judgment Creditor**, address 2709 Silkwood Court, Oakton, VA 22124.

  The Court entered its Default Judgment Order in this matter on July 11, 2014 (Dkt. 13). The Garnishment will be for the total judgment amount of **$194,561.29** ("consisting of," as detailed in the Order, "the principal amount of $132,621.19, plus pre-judgment interest in the amount of $28,379.80 as of June 10, 2024, plus attorney's fees of $33,155.30 and costs of $405.00, with post-judgment interest accruing at the federal funds rate, in favor of plaintiff Dunn Regulatory Associates, LLC and against defendant Psycheceutical, Inc.").

  Please find attached to this filing the following four forms:

- Attachment 1: Suggestion for Summons in Garnishment
- Attachment 2: Writ of Execution
- Attachment 3: Garnishment Summons
- Attachment 4: Form USM-285 for Writ of Execution

  Our office will have the Garnishment Summonses served by private process server.

  Please further note that the Garnishment Summons sets the return for **September 13, 2024 at 10 a.m.**

  Thank you very much for your assistance. Please contact me should you have any questions or need additional information.

      Very truly yours,

      /s/ Gibson S. Wright (VSB No. 84632)

      Gibson S. Wright

GSW/kld
Attachments