## SUGGESTION FOR SUMMONS IN GARNISHMENT

(Va. Code § 8.01-511)

Return date and time: **September 13, 2024, at 10 A.M.**

CASE NO. **1:24cv437**

U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, **Alexandria** DIVISION

**JUDGMENT CREDITOR: name, address**
Dunn Regulatory Associates, LLC
2709 Silkwood Court, Oakton, VA 22124

**JUDGMENT CREDITOR'S ATTORNEY: name, address**
Gibson S. Wright, McCandlish Holton,
P.O. Box 796, Richmond, VA 23218
Telephone No. (804) 775-3100

**Suggested Garnishee: name, address**
PNC Bank N.A., 10649 Main St., Fairfax, VA 22030

v

**JUDGMENT DEBTOR: name, address**
Psycheceutical, Inc., 515 E. Las Olas Blvd., Suite 120, Fort Lauderdale, FL 33301

Social Security No. _____
If garnishee is defendant's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade names.

### STATEMENT

| | |
|---|---|
| $ 132,621.19 | Judgment Principal |
| | Credits |
| 28,379.80 | Interest |
| 405.00 | Judgment Costs |
| 33,155.30 | Attorney's Fees |
| | Garnishment Costs |

$ **194,561.29** Total Balance Due
The garnishee shall rely on this amount.

**ORIGINAL JUDGMENT**
DATE OF JUDGMENT: **July 11, 2024**

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT
☐ Support (if not specified, then 50%)
☐ 50%  ☐ 55%  ☐ 60%  ☐ 65%
☐ state taxes, 100%

If none of the above are checked, then §34-29(a) applies.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion. I have reason to believe that there is a liability on the suggested because of the execution of the "ORIGINAL JUDGMENT" described above, which:

☒ involves a business, trade or professional credit transaction entered into on or after *January 1, 1984,*
☐ does not involve a business, trade or professional credit transaction entered into on or after January 1, 1984, *and* the undersigned represents that he has made a diligent good faith effort to secure the social security number of the judgment debtor
  ☐ and had been unable to do so.

I further certify that:
☐ (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
☒ (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
☐ (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his lawful dependents, and that it was not for luxuries or nonessentials; or
☐ (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
☐ (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
☐ (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown above.

**WARNING:** Any judgment creditor who knowingly gives false information in a suggestion for Summons in Garnishment shall be guilty of a Class 1 misdemeanor.

**July 25, 2024**
DATE SUBMITTED

Dunn Regulatory Associates, LLC, by /s/ Gibson S. Wright (VSB No. 84632)
☒ JUDGMENT CREDITOR   ☐ AGENT   ☒ ATTORNEY

FORM NO. CC-1485 7/94 PC (1 14:3-021 5/94) Rev 1/02 EDVA-N