WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Eastern District of Virginia, Alexandria Division |
|---|---|

TO THE MARSHAL OF:
Eastern District of Virginia

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Psycheceutical, Inc., 515 E. Las Olas Blvd., Suite 120, Fort Lauderdale, FL 33301

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $194,561.29 (principal amount of $132,621.19, plus pre-judgment interest of $28,379.80 as of June 10, 2024, plus $33,155.30 attorney's fees and costs of $405.00, with post-judgment interest at federal funds rate) | and |

In the United States District Court for the Eastern District of Virginia, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Psycheceutical Inc., 515 E. Las Olas Blvd., Suite 120, Fort Lauderdale, FL 33301

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>Eastern District of Virginia, Alexandria Division | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable Leonie M. Brinkema _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|